# SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, Jr.
PAUL S. HOROVITZ

\* Also Admitted to the New Hampshire Bar

\*\* Also Admitted to the California Bar

September 17, 2004

**VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED
AND U.S. MAIL**

Rainha Construction Co., Inc.
10 Nate Whipple Highway
Cumberland, R.I. 02861

Re:    IUOE Local 4 Trust Funds

To Whom It May Concern:

This office represents the IUOE Local 4 Trust Funds for purposes of collecting fringe benefit contributions owed by delinquent contractors. We have been advised that Rainha Construction Co. owes the Funds $46,709.94 in contributions for work performed through August 14, 2004 and $1,226.59 in interest, for a total liability through August 14 of $47,936.53. This letter constitutes a demand for payment of the $47,936.53 plus any contributions owed for work performed after the audited period.

Please be advised that failure to pay will result in litigation in which case Rainha will be liable for liquidated damages, attorney's fees and costs in addition to the delinquent contributions and interest.

Very truly yours,

Anne R. Sills

cc:    Gina Alongi
       Jim Bucci

ARS/ars&wld
Ars/3118-04400/rainha.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _A. Cinquegrana_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): A. CINQUEGRANA   C. Date of Delivery: 9/24/04<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Rainha Construction Co., Inc.<br>10 Nate Whipple Highway<br>Cumberland, RI 02861 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0002 8329 1976 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |