# United States District Court

_____ DISTRICT OF _____

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
    Plaintiffs
V.

Rainha Construction Co., Inc.,
    Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)

Rainha Construction Co., Inc.
10 Nate Whipple Highway
Cumberland, RI  02861

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anne R. Sills, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 12-9-04 |
| NAME OF SERVER (PRINT) PAUL G. HUGHES | TITLE FED. PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED AT 10 NATE WHIPPLE HWY CUMBERLAND, RD to JOHN RAINHA PRESIDENT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-9-04
Date

Signature of Server

7 EVA LN CRANS. RI
Address of Server

(401) 944-8980

+ John Rainha

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Rhode Island

Case Number: 0412322REK

Plaintiff:
**Louis G Rasetta & John J Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity Funds, et al**

vs.

Defendant:
**Rainha Construction CO, INC.**

For:
Segal Roitman & Coleman
11 Beacon Street
Suite 500
Boston, MA 02108

Received by HUGHES LEGAL SUPPORT on the 7th day of December, 2004 at 2:55 pm to be served on **RAINHA CONSTRUCTION CO 10 Nate Whipple Highway Cumberland RI.**

I, Paul G. Hughes, being duly sworn, depose and say that on the **9th day of December, 2004** at 1:00 pm, I:

SERVED the within named CORPORATION by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me to JOHN RAINHA, president as AUTHORIZED MANAGING AGENT of the within named corporation.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'9, Weight: 200, Hair: Brown, Glasses: N

I certify that I am a Rhode Island Constable licensed to serve civil process in the state of Rhode Island. I am over the age of eighteen years and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing instrument and the facts stated in it are true.

Before me on the 10th day of December, 2004 there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit

_____
NOTARY PUBLIC

**Paul G. Hughes**
Rhode Island Constable #40

**HUGHES LEGAL SUPPORT**
P.O. Box 20617
Cranston, RI 02920
(401) 944-8980

Our Job Serial Number: 2004006267

SHANNON MACLEOD
Notary Public - ID # 51846
State of Rhode Island and Providence Plantations
My Commission Expires 24, 2007

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f