# United States District Court

_____ DISTRICT OF _____

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,

Plaintiffs

V.

Rainha Construction Co., Inc.,

Defendant

and

Agostini Construction Co., Inc. and
Bacon Construction Co., Inc.,

Reach-and-Apply Defendants

**SUMMONS IN A CIVIL CASE**

FILED
CLERKS OFFICE

2005 MAR 17 P 3:00

U.S. DISTRICT COURT
DISTRICT MASS.

CASE NUMBER: 04-12322 REK

TO: (Name and address of defendant)

Agostini Construction Co., Inc.
243 Narragansett Park Drive
East Providence, RI  02916

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory A. Geiman, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

3-21-05

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 3-29-05 |
| NAME OF SERVER (PRINT) PAUL G HUGHES | TITLE RI CONSTABLE #48 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED DONNA BAGHINI, ACCOUNTING ADMINISTRATOR AND AUTHORIZED MANAGING AGENT AT AGOSTINI CONSTRUCTION, 241 NARRAGANSETT PKWY, EAST PROVIDENCE, RI

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 50 00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-29-05  @ 1:20 PM
Date

Signature of Server: Paul G H____

Address of Server: HLS - 7 Eva Ln, CRANS. RI
(401) 944-8980

X Donna Baghini
Acctng Adm.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.