AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| MASSACHUSETTS | DISTRICT OF | MASSACHUSETTS |

## APPEARANCE

Case Number: 04-12322 REK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Agostini Construction Co., Inc. and Bacon Construction Co., Inc.

I certify that I am admitted to practice in this court.

| 4/4/2005 | |
|---|---|
| Date | Signature |
| | Girard R. Visconti        510200 |
| | Print Name        Bar Number |
| | 55 Dorrance Street |
| | Address |
| | Providence     RI     02903 |
| | City        State        Zip Code |
| | (401) 331-3800        (401) 421-9302 |
| | Phone Number        Fax Number |