AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__MASSACHUSETTS__  DISTRICT OF __MASSACHUSETTS__

### APPEARANCE

Case Number: 04-12322 REK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Agostini Construction Co., Inc. and Bacon Construction Co., Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/4/2005 | _[signature]_ |
| Date | Signature |
| | David M. Campbell  645512 |
| | Print Name  Bar Number |
| | 55 Dorrance Street |
| | Address |
| | Providence   RI   02903 |
| | City   State   Zip Code |
| | (401) 331-3800   (401) 421-9302 |
| | Phone Number   Fax Number |