UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
        Plaintiffs

C.A. No. 04-12322 REK

vs.

RAINHA CONSTRUCTION CO., INC.
        Defendant

and

AGOSTINI CONSTRUCTION CO., INC. and
BACON CONSTRUCTION CO., INC.,
        Reach-and-Apply Defendants

## STIPULATION

Now come the Plaintiffs, Louis G. Rasetta dn John J. Shaughnessy, as they are Trustees, et al. ("Plaintiffs") and the Reach-and-Apply Defendants, Agostini Construction Co., Inc. and Bacon Construction Co., Inc. ("Reach-and-Apply Defendants") and hereby stipulate and agree as follows:

1. Reach-and-Apply Defendants and their agents, servants, employees, attorneys, and those persons in active participation or concert with them and those persons acting at their command, and each and every one of them, will not conceal, destroy, damage, sell, transfer, pledge, encumber, assign, or in any way or manner dispose of or reduce the value of, or make any payment to defendant Rainha Construction Co., Inc. ("Rainha") on account of sums that are due or will hereafter become due Rainha from the Reach-and-Apply Defendants, if any, during the duration of the

above captioned litigation.

2. Reach-and-Apply Defendants reserve their rights as to any claim, setoffs, etc., in relation to any money that may be due Raihna from either of the Reach-and-Apply Defendants individually.

| For the Plaintiffs: | For the Reach-and-Apply Defendants: |
|---|---|
| */s/ Gregory A. Geiman* | */s/ Girard R. Visconti* |
| Anne R. Sills, Esq. | Girard R. Visconti, Esq. (BBO# 510200) |
| Gregory A. Geiman, Esq. | **Visconti & Boren, Ltd.** |
| Segal Roitman and Coleman | 55 Dorrance Street |
| 11 Beacon Street, Suite 500 | Providence, RI 02903 |
| Boston, MA 02108 | (401) 331-3800 (Telephone) |
| (617)742-0208 | (401) 421-9302 (Facsimile) |
| Attorney for the Plaintiffs | Attorney for the Defendants |

2