UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, <br>  Plaintiffs <br><br> vs. <br><br> RAINHA CONSTRUCTION CO., INC., <br>  Defendant <br><br> and <br><br> AGOSTINI CONSTRUCTION CO., INC. and BACON CONSTRUCTION CO., INC., <br>  Reach-and-Apply Defendants | C.A. No. 04-12322 REK |

**VERIFIED REQUEST TO ENTER DEFAULT**

Plaintiffs Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare Fund, et al, request the Clerk to enter the default of Rainha Construction Co., Inc. (hereinafter "Rainha"). This request is made pursuant to Rule 55(a), Fed.R.Civ.P. In support of this request, the Plaintiffs say:

    1)    An amended Complaint was filed on March 17, 2005.

    2)    The amended Complaint was served on defendant Rainha on March 28, 2005.

    3)    Rainha has never filed an Answer or a responsive pleading to the Complaint.

WHEREFORE, plaintiffs seek the entry of Default in this matter.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, I.U.O.E. LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

## VERIFICATION

I, Gregory A. Geiman, verify that I have read this Verified Request to Enter Default and that the facts set out in the Request are true to the best of my knowledge and belief.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

Dated:  May 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Verified Request to Enter Default has been served by certified and first class mail upon defendant Rainha Construction Co., Inc. at 10 Nate Whipple Highway, Cumberland, RI  02861 and by first class mail upon reach-and-apply defendants Agostini Construction Co., Inc. and Bacon Construction Co., Inc. at the office of their attorney Girard Visconti, Esquire, Visconti & Boren, Ltd., 55 Dorrance Street, Providence, RI  02903 this 11th day of May, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-400/verreqdf.doc