UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Louis Rasetta, Jr.</u>                 CIVIL ACTION
            Plaintiff

                                     NO. <u>04-12322-REK</u>

V.

<u>Rainha Construction Co., Inc.</u>
            Defendant

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>Louis Rassetta, Jr.</u>

for an order of Default for failure of the Defendant, <u>Rainha Construction</u>

<u>Co., Inc.</u>, to plead or otherwise defend as provided by

Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the

Defendant has been defaulted this <u>2nd</u> day of <u>November</u>, 20<u>05</u>.

                                                           SARAH THORNTON, CLERK

                                        By:    <u>/s/ Karen Folan</u>
                                                        Deputy Clerk

Notice mailed to:
Rainha Construction Co. Inc.
10 Nate Whipple Highway
Cumberland, RI 02861

(default.not - 10/96) [ntcdflt.]