UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>RAINHA CONSTRUCTION CO., INC., Defendant<br><br>and<br><br>AGOSTINI CONSTRUCTION CO., INC. and BACON CONSTRUCTION CO., INC., Reach-and-Apply Defendants | C.A. No. 04-12322 REK |

### PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST RAINHA CONSTRUCTION CO., INC.

Now come the Plaintiffs (hereinafter, the "Funds"), and request the Clerk, pursuant to Rule 55(b)(l), Fed.R.Civ.P., to enter default judgment in favor of the Funds and against Defendant Rainha Construction Co., Inc. (hereinafter "Rainha"), holding Rainha liable for all unpaid contributions owed to the Funds, together with interest, statutory liquidated damages, and reasonable attorneys' fees and costs as follows:

| | | |
|---|---|---:|
| A. | Principal owed to the Funds through August, 2004 | $27,677.47 |
| B. | Prejudgment interest on the unpaid contributions, as mandated by 29 U.S.C. §1132(g)(2)(B), if all contributions were paid by the end of November, 2005 | 4,487.34 |
| C. | Liquidated damages as mandated by 29 U.S.C. §1132(g)(2)(C)(i) | $4,487.34 |
| D. | Attorneys' Fees as mandated by §1132(g)(2)(D) | $5,368.00 |
| E. | Costs | $758.04 |
| | TOTAL | $42,778.19 |

As grounds therefore, Plaintiffs state that default has been entered against Defendant for failure to answer or otherwise defend as to the Complaint of the Plaintiffs. Plaintiffs' claim is for a sum certain. Finally, Defendant is neither an infant nor an incompetent person.

WHEREFORE, Plaintiffs respectfully request that default judgment be entered against Rainha Construction Company, Inc.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

(617) 742-0208

Dated: November 29, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Entry of Default Judgment has been served by certified and first class mail upon defendant Rainha Construction Co., Inc. at 10 Nate Whipple Highway, Cumberland, RI 02861 and by first class mail upon reach-and-apply defendants Agostini Construction Co., Inc. and Bacon Construction Co., Inc. at the office of their attorney Girard Visconti, Esquire, Visconti & Boren, Ltd., 55 Dorrance Street, Providence, RI 02903 this 29th day of November, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-400/motion-dj.doc