## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
Plaintiffs

vs.

RAINHA CONSTRUCTION CO., INC.,
Defendant

and

AGOSTINI CONSTRUCTION CO., INC. and BACON CONSTRUCTION CO., INC.,
Reach-and-Apply Defendants

C.A. No. 04-12322 REK

### AFFIDAVIT OF GINA M. ALONGI AS TO MILITARY SERVICE, INFANCY AND INCOMPETENCE

1. My name is Gina Alongi. I am the Administrator of the International Union of Operating Engineers Health and Welfare and Pension Funds.

2. I make this affidavit pursuant to the provisions of the Soldiers' and Sailors' Civil Relief Act.

3. I have caused careful investigation to be made to ascertain whether Rainha Construction Co., Inc., the above-named defendant, is within the military service of the United States, and have concluded on the basis of such investigation that it is not.

4. I have also caused careful investigation to be made to ascertain whether Rainha Construction Co., Inc. is an infant or incompetent person, and have concluded on the basis of such investigation that it is not.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 27 DAY OF NOVEMBER, 2005.

_____
Gina M. Alongi

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 11/29/05.

GAG/pas&ts
ARS 5118 04-400/affalongi.doc

2

TOTAL P.03