UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
Plaintiffs

vs.

RAINHA CONSTRUCTION CO., INC.,
Defendant

and

AGOSTINI CONSTRUCTION CO., INC. and BACON CONSTRUCTION CO., INC.,
Reach-and-Apply Defendants

C.A. No. 04-12322 REK

## AFFIDAVIT OF JAMES BUCCI

1. My name is James Bucci. I am the Field Agent for the International Union of Operating Engineers Employee Benefit Funds ("Funds"). In my capacity as Field Agent, I audit the books and records of, and collect fringe benefit contributions owed by, contractors that are signatory to collective bargaining agreements with the International Union of Operating Engineers Local 4 ("Union").

2. On or about August 29, 2002, Rainha Construction Co., Inc. ("Rainha") agreed in writing to be bound to the terms of the Restated Agreements and Declarations of Trust establishing Plaintiff Funds, to the terms of collective bargaining agreements requiring contributions to Plaintiff Funds; and to any successor agreements.

3. Because of the short form agreement, Rainha has been a party to successive collective bargaining agreements with the International Union of Operating Engineers Local 4, including the agreement which was effective from June, 1999 through May, 2005 ("the Agreement").

4. The Agreement requires Rainha to make contributions to Plaintiff Funds for each payroll hour for each person covered by the Agreement.

5. Pursuant to the Agreement, employers are also obligated to deduct and remit a negotiated percentage of the gross wage package, before taxes, for union dues.

6. On or about September 10, 2004, the Funds audited the payroll records of Rainha and determined that Rainha owed the Funds $46,709.94 in fringe benefit contributions for the period May through August, 2004 for projects conducted at the Center Elementary School in Mattapoisett, Massachusetts, the Dighton-Rehoboth High School in Dighton, Massachusetts, and the New Webster Middle School in Webster, Massachusetts.

7. By letter dated September 17, 2004, the Funds' attorney sought payment of these delinquent contributions and interest.

8. I subsequently reviewed pay stubs submitted by employees on these projects for the relevant time period. As a result of this review, the Funds revised the amount in contributions owed to a new total of $27,677.47.

9. The Funds have ascertained that, pursuant to the terms of the Agreement, Rainha would owe $4,487.34 in interest on the unpaid contributions if all contributions were paid by the end of November, 2005.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 29th DAY OF NOVEMBER, 2005.

James Bucci

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record AND DEFENDANT for each other party CENTIPEDE AND/OR by mail hand on 11/29/05

GAG/gag/cs
ARS 3118 04-400/affbucci2.doc

3

TOTAL P.04