UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>RAINHA CONSTRUCTION CO., INC., Defendant<br><br>and<br><br>AGOSTINI CONSTRUCTION CO., INC. and BACON CONSTRUCTION CO., INC., Reach-and-Apply Defendants | C.A. No. 04-12322 REK |

## AFFIDAVIT OF ANNE R. SILLS

1. My name is Anne R. Sills. I am an attorney with the law firm of Segal, Roitman & Coleman.

2. This firm has been involved in efforts to collect contributions owed the International Union of Operating Engineers Employee Benefit Funds by Rainha Construction Co., Inc. since on or about September 17, 2004  Since that date, we have incurred legal fees of

$5,368.00 and costs of $758.04.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 29th DAY OF NOVEMBER, 2004.

/s/ Anne R. Sills
Anne R. Sills, Esquire

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Affidavit has been served by certified and first class mail upon defendant Rainha Construction Co., Inc. at 10 Nate Whipple Highway, Cumberland, RI 02861 and by first class mail upon reach-and-apply defendants Agostini Construction Co., Inc. and Bacon Construction Co., Inc. at the office of their attorney Girard Visconti, Esquire, Visconti & Boren, Ltd., 55 Dorrance Street, Providence, RI 02903 this 29th day of November, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-400/affsills.doc

2