UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>RAINHA CONSTRUCTION CO., INC., Defendant<br><br>and<br><br>AGOSTINI CONSTRUCTION CO., INC. and BACON CONSTRUCTION CO., INC., Reach-and-Apply Defendants | C.A. No. 04-12322 REK |

## PLAINTIFFS' MOTION TO ADD DEFENDANT

Plaintiffs move this honorable Court to add JR Enterprises Corp. ("JR") as a defendant in this action and to direct service of process upon it, pursuant to Rules 20 and 21, Fed. R. Civ. P. JR's joinder as a defendant is necessary for justice to be served and for a complete resolution of the issues in this case. Upon information and belief, JR operates as an ongoing business and is the alter ego and/or successor of named defendant Rainha Construction Co., Inc. ("Rainha"). Further, Plaintiffs state that its claim against JR for unpaid fringe benefit contributions and dues arises out of the same occurrences and involves the same questions of law and fact at issue between the Plaintiffs and Rainha.

This motion is supported by the accompanying Memorandum in Support of Motion to Add Defendant.

      Respectfully submitted,

      LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

      By their attorneys,

      /s/ Gregory A. Geiman
      Anne R. Sills, Esquire
      BBO #546576
      Gregory A. Geiman, Esquire
      BBO #655207
      Segal, Roitman & Coleman
      11 Beacon Street
      Suite #500
      Boston, MA  02108
Dated:  December 19, 2005      (617) 742-0208

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I conferred with Defendant Rainha Construction Corp. president John Rainha on December 12, 2005 and attempted in good faith to resolve or narrow the issues.

      /s/ Gregory A. Geiman
      Gregory A. Geiman, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served by first class mail upon defendant Rainha Construction Co., Inc. at 10 Nate Whipple Highway, Cumberland, RI  02861 this 19th day of December, 2005.

      /s/ Gregory A. Geiman
      Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-400/motion-addparty.doc