| x | Rhode Island Secretary of State Website |

**Home** | **Administration** | **Archives & Public Records** | **Corporations** | **Elections** | **Business Development** | **Civics & Public Information**

Corporations Database

# Rhode Island Corporation Search:

Corporation Status: Active

Look In: Corporation Name

Search Terms:

Search Type: Show Records with ALL of the above terms. <u>Click Here</u> for help with Boolean Searches

[ Submit ] [ Reset ]

---

ANNUAL REPORT AUTO-FILL
Please Select the Year you are filing for:
2004: 🔍 (View in Browser) OR 💾 (Save to PC)

2005: 🔍 OR 💾

2006: 🔍 OR 💾
(Note: You Need Adobe Reader Version 5 or above to create an auto-filled annual report, <u>Click Here</u> for the free download)

---

For Frequently Asked Questions regarding our Annual Report Autofill function or PDF's, <u>Click Here</u>

# ID# 98796

# Rainha Construction Corp.

**Purpose:** TO ENGAGE IN GENERAL CONSTRUCTION AND REPAIR, SITE WORK, EXCAVATION, UTILITY INSTALLATION.

## General Information

**Status:** AC
**Charter:** DBC
**Chapter:** TITLE: 7-1.1-51
**State:** RHODE ISLAND
**Duration:** PERPETUAL
**File Date:** 1 /23 /1998
**Effective Date:** N/A
**Last Report Date:** 02/28/2005

**Annual Report Image:**
2004 Image Not Available
2005 Image Not Available
2005 Image Not Available
**Help On Viewing Annual Reports**

**Sic Code:** 0--No SIC Code

**Authorized Shares:** 8,000 COMM $.01 PAR VALUE

**Name and Address of the Registered/Resident Agent**

## Business Address 

Rainha Construction Corp.
10 NATE WHIPPLE HIGHWAY
CUMBERLAND, RI 02864, USA
(401)658-1661

JOHN RAINHA
10 NATE WHIPPLE HIGHWAY
CUMBERLAND, RI02864- USA
Agent is active...Registered office is maintained

## Primary Officer/Director/Partner/Manager Information

**Title:** PRESIDENT
JOHN RAINHA
10 NATE WHIPPLE HIGHWAY
CUMBERLAND, RI02864, USA

## Mailing Information

N/A

## Event Information

Activity

Corporations Division
Office of the Secretary of State Matthew A. Brown
100 North Main St.
First Floor
Providence, RI 02903
corporations@sec.state.ri.us
www.sec.state.ri.us

Business Hours:
M-F 8:30 am to 4:30 pm
Tel. (401) 222-3040
Fax. (401) 222-1309
Director: Sandra Williams