UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>RAINHA CONSTRUCTION CO., INC., Defendant<br><br>and<br><br>AGOSTINI CONSTRUCTION CO., INC. and BACON CONSTRUCTION CO., INC., Reach-and-Apply Defendants | C.A. No. 04-12322 REK |

### AFFIDAVIT OF JAMES BUCCI IN SUPPORT OF PLAINTIFFS' MOTION TO ADD DEFENDANT

1. My name is James Bucci. I am the Field Agent for the International Union of Operating Engineers Employee Benefit Funds ("Funds"). In my capacity as Field Agent, I audit the books and records of, and collect fringe benefit contributions owed by, contractors that are signatory to collective bargaining agreements with the International Union of Operating Engineers Local 4 ("Union").

2. Defendant Rainha Construction Co., Inc. ("Rainha") has been a party to successive collective bargaining agreements with the International Union of Operating Engineers

Local 4, including the agreement which was effective from June, 1999 through May, 2005 ("the Agreement"), a copy of which is attached to the first Amended Complaint as Exhibit B.

3. The Agreement requires Rainha to make contributions to the Funds for each payroll hour for each person covered by the Agreement. Further, pursuant to the Agreement, employers are obligated to deduct and remit a negotiated percentage of the gross wage package, before taxes, for union dues.

4. After an audit and a subsequent review of pay stubs submitted by employees, the Funds discovered that Rainha owed $27,677.47 in delinquent fringe benefit contributions for work done between May and August, 2004.

5. By letter dated September 17, 2004, the Funds' attorney sought payment of these delinquent contributions and interest. The letter, a copy of which is attached to the first Amended Complaint as Exhibit C, stated that failure to pay the contributions owed would result in litigation.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 16th DAY OF DECEMBER, 2005.

_____
James Bucci

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served by first class mail upon defendant, Rainha Construction Co., Inc. at 10 Nate Whipple Highway, Cumberland, RI 02861 this 15th day of December, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-400/affbucci3.doc

2