## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs <br><br> vs. <br><br> RAINHA CONSTRUCTION CO., INC., Defendant <br><br> and <br><br> AGOSTINI CONSTRUCTION CO., INC. and BACON CONSTRUCTION CO., INC., Reach-and-Apply Defendants | C.A. No. 04-12322 REK |

### STIPULATION OF DISMISSAL

Plaintiffs Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity Funds, et al, and Reach-and-Apply Defendants Agostini Construction Co., Inc. and Bacon Construction Co., Inc. stipulate herein, pursuant to Rule 41(a)(1), Fed.R.Civ.P., that this case is dismissed as to the Reach-and-Apply Defendants without attorneys' fees and costs.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF

OPERATING ENGINEERS LOCAL 4
HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street, Suite #500
Boston, MA 02108
(617) 742-0208


AGOSTINI CONSTRUCTION CO., INC.
and BACON CONSTRUCTION CO., INC.

By their attorneys,

Girard R. Visconti, Esquire
BBO #510200
Visconti and Boren Ltd.
55 Dorrance Street
Providence, RI 02903
(401) 331-3800

## CERTIFICATE OF SERVICE

I hereby certify that the above Stipulation of Dismissal has been served by first class mail upon the reach-and-apply defendants by their attorney Girard Visconti at Visconti and Boren Ltd., 55 Dorrance Street, Providence, RI 02903 by first class mail this 19th day of December, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-000/stipofdism.doc

2