UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>RAINHA CONSTRUCTION CO., INC., Defendant<br><br>and<br><br>AGOSTINI CONSTRUCTION CO., INC. and BACON CONSTRUCTION CO., INC., Reach-and-Apply Defendants | C.A. No. 04-12322 REK |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

      Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiffs move for leave to file a second Amended Complaint, and show:

      1.    Plaintiffs filed their Complaint against Defendant Rainha Construction Co., Inc. on November 1, 2004. A first Amended Complaint, naming two reach-and-apply defendants who have since been dismissed, was filed on March 16, 2005.

      2.    At the time Plaintiffs' Complaint and first Amended Complaint were filed, Plaintiffs were unaware of a relevant party that should be joined in order for complete relief to

be granted in this matter.  Because important facts came into Plaintiffs' possession after the filing of the Complaint and first Amended Complaint, Plaintiffs were unable to name this party until this time.

3.      Plaintiffs have learned after much investigation that, upon information and belief, JR Enterprises Corp. is the alter ego or successor to the named Defendant Rainha Construction Co., Inc.  As such, JR Enterprises Corp. must be added as a party to this action in order for complete relief to be afforded.

4.      Plaintiffs aver that the second amendment of their Complaint to add JR Enterprises Corp. as a defendant is necessary to ensure that complete relief is granted in this action, and therefore the amendment sought is in furtherance of justice.  For the Court's convenience, a true and accurate copy of the Plaintiffs' Second Amended Complaint is attached hereto as Exhibit 1.

WHEREFORE, Plaintiffs respectfully request that leave be granted to file a Second Amended Complaint naming JR Enterprises Corp. as a defendant in this action.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500

2

Boston, MA  02108
(617) 742-0208

Dated:  January 6, 2005

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I conferred with Defendant Rainha Construction Corp. president John Rainha on December 12, 2005 and attempted in good faith to resolve or narrow the issues.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served by first class mail upon defendant, Rainha Construction Co., Inc. at 10 Nate Whipple Highway, Cumberland, RI  02861 this 6th day of January, 2006.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-400/motion-leave-complt2.doc