## STANDARD SHORT FORM AGREEMENT

AGREEMENT covering wages, working rules, and other conditions of employment entered into between _Mainha Construction Corp._ and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 and its Branches ("Local 4").

1. Local 4 is recognized by the Employer as the sole and exclusive majority status representative of the employees covered by this Agreement for the purpose of collective bargaining with respect to wages, hours of work, and other conditions of employment. The Employer recognizes Local 4 as the majority status representative of the employees covered this Agreement pursuant to Section 9(a) of the National Labor Relations Act, as amended, having confirmed Local 4's majority status.

2. The Employer shall not make any agreement in conflict with the provisions of this Agreement. In the event that the craft and/or geographic jurisdiction of this Agreement shall overlap with the craft and/or geographic jurisdiction of any other agreement between the Employer and any other Building Trades Local, the terms of this Agreement shall supercede all others. The Employer waives any claim or right that it may repudiate or void this Agreement based upon varying the size of the workforce, including a reduction in the workforce below two employees.

3. The Employer hereby adopts and agrees to abide by all of the terms and conditions of the Collective Bargaining Agreements now prevailing or as they shall prevail by and between Local 4 and the four Employer Associations hereinafter named. The Associations are:

   Labor Relations Division of Construction Industries of Massachusetts
   Foundation & Marine Contractors Association of New England, Inc.
   Building Trades Employers Association of Boston and Eastern Massachusetts, Inc.
   Labor Relations Division of the Associated General Contractors of Massachusetts, Inc.

   *RECEIVED SEP 30 2002 IUOE*

4. The Employer agrees to be bound by the current Collective Bargaining Agreements, effective from June 1, 1999 to May 31, 2003, and any amendments, additions, extensions, or successors to them, and herewith accepts the same and becomes one of the parties to them and agrees to abide by all of the terms and conditions contained in them. Local 4 agrees to comply with all union obligations contained in the aforementioned Collective Bargaining Agreements.

5. This Agreement shall be binding upon the Employer named herein, and its successors and assigns, and no provisions herein contained shall be nullified or affected in any manner as a result of any consolidation, sale, transfer, assignment, joint venture, or any combination or other disposition of the Employer.

6. The Collective Bargaining Agreements between the Employer Associations and Local 4 provides, among other things, for contributions to the Health & Welfare, Pension, Annuity & Savings and Training Funds, and the Joint Labor-Management Cooperative Trust. The Employer agrees to be bound by the terms of the respective Agreements and Declarations of Trust and designates as its representatives on the Boards of Trustees such Trustees as have been designated Employer Trustees in the manner provided in the Agreements and Declarations of Trust.

7. The life of this Agreement is co-extensive with the several respective terms set out or as they shall be set out from time to time in the aforementioned Collective Bargaining Agreement with the named Associations, and shall continue in effect in each or any particular said contract instance, unless the Employer gives Local 4 notice of desired change or termination of a particular Collective Bargaining Agreement aforementioned in keeping with the applicable notice provisions contained therein. The Employer acknowledges and agrees to the continuity of Employer obligations on his part with respect to Health & Welfare, Pension, Apprentice Training, Annuity & Savings, and Cooperative Trusts contained in said aforementioned Collective Bargaining Agreements pending negotiations of any new agreement by and between Local 4 and the aforementioned Associations and/or between the Employer and Local 4.

WITNESS OUR HAND AND SEAL THIS __29th__ DAY OF __AUGUST__, 20__02__.

FOR THE EMPLOYER

__Rainha Construction Corp.__
Company

__William G. Ryan__
Business Manager

__9 Whipple Street__
Address

__Cumberland  R.I.  02864__
City    State    Zip

__Louis G. Rosetti__
President

__[signature]__  Vice-President
By   Title

__401-333-5987   401-333-1434__
Phone   Fax

FOR THE LOCAL

__Norman A. ___
Recording Secretary

RECEIVED
SEP 30 2002
IUOE, Local 4

Short Form 5-4-01