

RI CORPORATION INFOLINK

Page 1 of 2

| Rhode Island Secretary of State Website |

| Home | Administration | Archives & Public Records | Corporations | Elections | Business Development | Civics & Public Information |

Corporations Database

# Rhode Island Corporation Search:

Corporation Status: Active

Look In: Corporation Name

Search Terms:

Search Type: Show Records with ALL of the above terms.    <u>Click Here</u> for help with Boolean Searches

[Submit] [Reset]

---

ANNUAL REPORT AUTO-FILL
Please Select the Year you are filing for:
2004: 🔍 (View in Browser) OR 💾 (Save to PC)

2005: 🔍 OR 💾

2006: 🔍 OR 💾
(Note: You Need Adobe Reader Version 5 or above to create an auto-filled annual report, <u>Click Here</u> for the free download)

For Frequently Asked Questions regarding our Annual Report Autofill function or PDF's, <u>Click Here</u>

---

## ID# 143842

## JR Enterprises Corp.

**Purpose:** TO ENGAGE IN GENERAL CONSTRUCTION AND REPAIR

### General Information

**Status:** AC
**Charter:** DBC
**Chapter:** TITLE: 7-1.1-51
**State:** RHODE ISLAND
**Duration:** PERPETUAL
**File Date:** 11/16/2004
**Effective Date:** 11/16/2004
**Last Report Date:** 02/28/2005

**Annual Report Image:**
2004 Image Not Available
2005 Image Not Available
2005 Image Not Available
<u>Help On Viewing Annual Reports</u>

**Sic Code:** 8888--Unable to classify

**Authorized Shares:** 8,000 COMM $.01 PAR VALUE

**Business Address**    **Name and Address of the Registered/Resident Agent**

RI CORPORATION INFOLINK



JR Enterprises Corp.
10 NATE WHIPPLE HIGHWAY
CUMBERLAND, RI 02864-,
USA
(401)658-1661

JOHN RAINHA
10 NATE WHIPPLE HIGHWAY
CUMBERLAND, RI02864- USA
Agent is active...Registered office is maintained

**Primary Officer/Director/Partner/Manager Information**

**Title:** PRESIDENT
JOHN RAINHA
10 NATE WHIPPLE HIGHWAY
CUMBERLAND, RI02864-, USA

**Mailing Information**

N/A

**Event Information**

Activity

Corporations Division
Office of the Secretary of State Matthew A. Brown
100 North Main St.
First Floor
Providence, RI 02903
corporations@sec.state.ri.us
www.sec.state.ri.us

Business Hours:
M-F 8:30 am to 4:30 pm
Tel. (401) 222-3040
Fax. (401) 222-1309
Director: Sandra Williams