Case 1:04-cv-12232-WGY   Document 25-8   Filed 01/06/2006   Page 1 of 2



# The Commonwealth of Massachusetts
# William Francis Galvin

### Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

---

**RAINHA CONSTRUCTION CORP.** Summary Screen

Help with this form

---

Request a Certificate

---

**The exact name of the Foreign Corporation:** RAINHA CONSTRUCTION CORP.

**Entity Type:** Foreign Corporation

**Identification Number:** 050496634

**Date of Registration in Massachusetts:** 11/16/2001

**Date of Withdrawal:** 02/04/2005

**The is organized under the laws of:** State: RI  Country: USA  on: 01/23/1998

**Current Fiscal Month / Day:** 12 / 31

**The location of its principal office:**
No. and Street: 9 WHIPPLE ST.
City or Town: CUMBERLAND   State: RI   Zip: 02864   Country: USA

**The location of its Massachusetts office, if any:**
No. and Street:
City or Town:   State:   Zip:   Country:

**The name and address of the Registered Agent:**
Name: CT CORPORATION SYSTEMS
No. and Street: 101 FEDERAL STREET
City or Town: BOSTON   State: MA   Zip: 02110   Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name First, Middle, Last, Suffix | Address (no PO Box) Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | JOHN RAINHA | | |
| TREASURER | JOHN RAINHA | | |

| | | | |
|---|---|---|---|
| SECRETARY | JOHN RAINHA | | |
| DIRECTOR | JOHN RAINHA | | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments *Num of Shares    Total Par Value* | Total Issued and Outstanding *Num of Shares* |
|---|---|---|---|
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. | | | |

__ Consent    __ Manufacturer    __ Confidential Data    __ Does Not Require Annual Report

__ Partnership    **X** Resident Agent    **X** For Profit    __ Merger Allowed

**Select a type of filing from below to view this business entity filings:**
ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement

[ View Filings ]    [ New Search ]

| Comments |
|---|
| |

© 2001 - 2005 Commonwealth of Massachusetts
All Rights Reserved

[?]
Help