UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                    )
LOUIS G. RASETTA and JOHN J.                     )
SHAUGHNESSY, as TRUSTEES,                       )
INTERNATIONAL UNION OF OPERATING        )
ENGINEERS LOCAL 4 HEALTH AND             )
WELFARE, PENSION, AND ANNUITY             )
FUNDS, and LOUIS G. RASETTA and             )
CHRISTOPHER BARLETTA, as TRUSTEES,    )
HOISTING AND PORTABLE ENGINEERS        )
LOCAL 4 APPRENTICE AND TRAINING          )   CIVIL ACTION
FUNDS and INTERNATIONAL UNION OF        )   NO. 04-12322-REK
OPERATING ENGINEERS, LOCAL 4,               )
      Plaintiffs                                                      )
                                                                    )
      v.                                                             )
                                                                    )
RAINHA CONSTRUCTION CO., INC.,                )
      Defendant                                                    )
_____)

**Judgment**
February 1, 2006

For the reasons stated in the Memorandum and Order of this date, it is

ORDERED:

(1) Judgment for plaintiffs.

(2) Plaintiffs are awarded $42,778.19 in damages.

(3) Plaintiffs are entitled to post-judgment interest pursuant to 28 U.S.C. § 1961(a), at the federal judgment rate applicable on the date of final judgment.

Approved: By the Court,

_/s/Robert E. Keeton_____ __/s/Jennifer Filo_____

Robert E. Keeton Jennifer Filo
Senior United States District Judge Deputy Clerk