

# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## *RAINHA CONSTRUCTION CORP.* Summary Screen

Help with this form

[ Request a Certificate ]

| | |
|---|---|
| The exact name of the Foreign Corporation: | RAINHA CONSTRUCTION CORP. |
| Entity Type: | Foreign Corporation |
| Identification Number: | 050496634 |
| Date of Registration in Massachusetts: | 11/16/2001 |
| Date of Withdrawal: | 02/04/2005 |
| The is organized under the laws of: | State: RI   Country: USA   on: 01/23/1998 |
| Current Fiscal Month / Day: | 12 / 31 |

**The location of its principal office:**
No. and Street: 9 WHIPPLE ST.
City or Town: CUMBERLAND    State: RI    Zip: 02864    Country: USA

**The location of its Massachusetts office, if any:**
No. and Street:
City or Town:    State:    Zip:    Country:

**The name and address of the Registered Agent:**
Name: CT CORPORATION SYSTEMS
No. and Street: 101 FEDERAL STREET
City or Town: BOSTON    State: MA    Zip: 02110    Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | JOHN RAINHA | | |
| TREASURER | JOHN RAINHA | | |

| | | | |
|---|---|---|---|
| SECRETARY | JOHN RAINHA | | |
| DIRECTOR | JOHN RAINHA | | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments  *Num of Shares    Total Par Value* | Total Issued and Outstanding  *Num of Shares* |
|---|---|---|---|
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. | | | |

__ Consent      __ Manufacturer      __ Confidential Data      __ Does Not Require Annual Report

__ Partnership   X  Resident Agent   X  For Profit              __ Merger Allowed

**Select a type of filing from below to view this business entity filings:**
ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement

[ View Filings ]   [ New Search ]

**Comments**

© 2001 - 2005 Commonwealth of Massachusetts
All Rights Reserved

Help