**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, As they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4 | ) ) ) ) ) ) ) ) ) ) |
| vs. | ) C.A. No. 04-12322 REK |
| RAINHA CONSTRUCTION CO., INC. and JR ENTERPRISES CORP. | ) ) ) |

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of JR Enterprises Corp. in the above-captioned matter.

_____
J. Richard Ratcliffe, Esq.    BBO#412510
Ratcliffe Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903
Tel: (401)331-3400
Fax: (401)331-3440

**CERTIFICATION**

I hereby certify that on the 7th day of April, 2006, a true and accurate copy of the within was mailed, postage prepaid, and/e-mailed, to:

Ann R. Sills, Esq.
Segal, Roitman & Coleman
11 Beacon St, Suite 500
Boston, MA 02108
(ASills@segalroitman.com)

_____