**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, As they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4 | ) ) ) ) ) ) ) ) ) ) ) |
| vs. | ) C.A. No. 04-12322 REK |
| RAINHA CONSTRUCTION CO., INC. and JR ENTERPRISES CORP. | ) ) ) ) |

## STIPULATION

The Plaintiffs and JR Enterprises Corp., through their undersigned attorneys, stipulate and agree that JR Enterprises Corp. shall have up to and including Monday, April 17, 2006, to file its answer or otherwise respond to the Second Amended Complaint.

[SIGNATURES ON NEXT PAGE]

| PLAINTIFFS, | DEFENDANT, |
|---|---|
| Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare Fund, *et al.* | JR Enterprises, Corp., |
| By their attorneys, | By its attorneys, |
| *Ann R. Sills* | *J. Richard Ratcliffe* |
| Ann R. Sills, Esq.    #546576 | J. Richard Ratcliffe, Esq.    #412510 |
| Gregory A. Geiman, Esq.    #655207 | Paul R. Crowell, Esq.    #658106 |
| Segal, Roitman & Coleman | Ratcliffe Burke Harten & Elias, LLP |
| 11 Beacon St, Suite 500 | 1600 Financial Plaza |
| Boston, MA 02108 | Providence, RI 02903 |
| (617) 742-0208 | Tel. (401) 331-3400 |
|  | Fax. (401) 331-3440 |

**Date: April 7, 2006**