UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, <br>　　　　　　Plaintiffs <br><br> vs. <br><br> RAINHA CONSTRUCTION CO., INC. and JR ENTERPRISES CORP., <br>　　　　　　Defendants | C.A. No. 04-12322 REK |

**NOTICE OF APPEARANCE**

I, Mary T. Sullivan, of the law firm of Segal, Roitman & Coleman, hereby appear as attorney for the Plaintiffs, Louis G. Rassetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare Fund, et al.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LOUIS G. RASETTA and JOHN J.
　　　　　　　　　　　　　　　　　　SHAUGHNESSY, as they are TRUSTEES,
　　　　　　　　　　　　　　　　　　INTERNATIONAL UNION OF
　　　　　　　　　　　　　　　　　　OPERATING ENGINEERS LOCAL 4
　　　　　　　　　　　　　　　　　　HEALTH AND WELFARE FUND, et al,

　　　　　　　　　　　　　　　　　　By their attorney,

　　　　　　　　　　　　　　　　　　/s/ Mary T. Sullivan
　　　　　　　　　　　　　　　　　　Mary T. Sullivan, Esquire

                                                    BBO #487130  
                                                     Segal, Roitman & Coleman  
                                                     11 Beacon Street  
                                                     Suite #500  
                                                   Boston, MA  02108  
                                                   (617) 742-0208  

Dated:  June 16, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Notice of Appearance filed through the ECF system will be sent electronically by Notice of Electronic Filing (NEF) to registered participant Defendant JR Enterprises Corp. via its attorney J. Richard Ratcliff and has been served by first class mail upon non-registered participant Defendant Rainha Construction Co., Inc., 10 Nate Whipple Highway, Cumberland, RI  02861 this 16th day of June, 2006.

                                                   /s/ Mary T. Sullivan  
                                                   Mary T. Sullivan, Esquire