UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
 Plaintiffs

vs.

RAINHA CONSTRUCTION CO., INC. and
JR ENTERPRISES CORP.,
 Defendants

C.A. No. 04-12322 WGY

**RULE 16.1 (D) JOINT STATEMENT**

The Plaintiffs, Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, and Defendant JR Enterprises Corp. respectfully submit this Joint Statement in accordance with this Court's Notice of Scheduling Conference dated June 15, 2006 and Local Rule 16.1 (D).

**I.     DISPUTED ISSUES**

1.      Is Defendant JR Enterprises Corp. liable to the Funds for the judgment previously entered for the Funds and against Rainha Construction Corp.?

**II.    PROPOSED PRE-TRIAL SCHEDULE**

The parties propose the following deadlines in this matter:

Fact discovery deadline:                        March 1, 2007

Expert discovery deadline (if necessary):       May 1, 2007

Amendments to pleadings due:		March 1, 2007

Dispositive Motions/Summary
Judgment filed and served by:		April 15, 2007

III.   **OTHER ELEMENTS**

    A.    The parties agree that a final pretrial conference shall be scheduled after all discovery is complete and a decision is rendered on summary judgment motion(s).

    B.    The parties do not consent to a trial by a magistrate judge.

    C.    A signed facsimile of the Plaintiffs' Certification is enclosed herewith, with the original signed copy of said document to be provided on or before the date of the Scheduling Conference.  Further, counsel for JR Enterprises Corp. will provide a copy of his client's Certification on the day of the Scheduling Conference.

    D.    Plaintiffs presented a written settlement proposal to JR Enterprises Corp. and Defendant's counsel will have conferred with his client on the subject of settlement prior to the Scheduling Conference and will be prepared to respond to the proposal at the Scheduling Conference.

    Respectfully submitted,

    LOUIS G. RASETTA and JOHN J.
    SHAUGHNESSY, as they are TRUSTEES,
    INTERNATIONAL UNION OF
    OPERATING ENGINEERS LOCAL 4
    HEALTH AND WELFARE FUND, et al.,

    By their attorneys,

    /s/ Gregory A. Geiman
    Anne R. Sills, Esquire
    BBO #546576
    Gregory A. Geiman, Esquire
    BBO #655207

        Segal, Roitman & Coleman
        11 Beacon Street
        Suite #500
        Boston, MA  02108
        (617) 742-0208
        ggeiman@segalroitman.com


        JR ENTERPRISES CORP.

        By its attorney,

        /s/ J. Richard Ratcliffe
        J. Richard Ratcliffe, Esquire
        BBO #412510
        Ratcliffe, Burke, Harten & Elias, LLP
        1600 Financial Plaza
        Providence, RI  02903
        (401) 331-3400


Dated:  June 30, 2006

## CERTIFICATE OF SERVICE

 I hereby certify that the foregoing document has been served by first class mail upon defendants, Rainha Construction Co., Inc. at 10 Nate Whipple Highway, Cumberland, RI  02861 and JR Enterprises Corp. by its attorney J. Richard Ratcliffe at Ratcliffe, Burke, Harten & Elias, LLP, 1600 Financial Plaza, Providence, RI  02903 this 30th day of June, 2006.

        /s/ Gregory A. Geiman
        Gregory A. Geiman, Esquire


GAG/gag&ts
ARS 3118 04-400/rule161.doc