UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, <br> Plaintiffs <br><br> vs. <br><br> RAINHA CONSTRUCTION CO., INC. and JR ENTERPRISES CORP., <br> Defendants | C.A. No. 04-12322 WGY |

## CERTIFICATION

Plaintiffs and their counsel certify herein that they have conferred

(a) with a view to establishing a budget for the costs of conducting the full course --- and various alternative courses --- for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al.,

By their attorneys,

Anne R. Sills, Esquire

BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208
ggeiman@segalroitman.com

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al.,

By their Administrator,

/s/ Gina M. Alongi
Gina M. Alongi

Dated: June 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Certification has been served by first class mail upon defendants, Rainha Construction Co., Inc. at 10 Nate Whipple Highway, Cumberland, RI 02861 and JR Enterprises Corp. by its attorney J. Richard Ratcliffe at Ratcliffe, Burke, Harten & Elias, LLP, 1600 Financial Plaza, Providence, RI 02903 this 30th day of June, 2006.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag/cs
ARS 3118 04-400/certific.doc