AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

──────── DISTRICT OF ────────

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
          Plaintiffs

**V.**

Rainha Construction Co., Inc. and JR Enterprises Corp.,
          Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-12322 REK

TO: (Name and address of defendant)

    Rainha Construction Co., Inc.
    10 Nate Whipple Highway
    Cumberland, RI  02864

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Gregory A. Geiman, Esquire
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA  02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

(BY) DEPUTY CLERK

DATE: February 15, 2006

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]    DATE 3/13/06

NAME OF SERVER (PRINT) PAUL G HUGHES    TITLE APPOINTED FED PROC SERV.

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: OFFICE AT 10 WATE WHIPPLE HWY CUMBERLAND, RI IS CLOSED

☒ Other (specify): SERVED JOHN RAINHA PRESIDENT AT HIS HOME 61 BEECH DR, CUMBERLAND, RI

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $130.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date

Signature of Server

HUGHES LEGAL SUPPORT
7 EVA LANE
CRANSTON, RI 02921
(401) 944-8980

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure