AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
                Plaintiffs

**V.**

Rainha Construction Co., Inc. and JR Enterprises Corp.,
                Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-12322 REK

TO: (Name and address of defendant)

    JR Enterprises Corp.
    10 Nate Whipple Highway
    Cumberland, RI   02864

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Gregory A. Geiman, Esquire
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA   02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
_____
CLERK

_Jennifer Gilo_
(BY) DEPUTY CLERK

_February 15, 2006_
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 3/13/06 |
| NAME OF SERVER (PRINT) PAUL G. HUGHES | TITLE APPOINTED FED. PROC. SERV. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: OFFICE AT 10 NATE WHIPPLE HWY, CUMBERLAND, RI IS CLOSED

☒ Other (specify): SERVED JOHN RAINHA, PRESIDENT AT HIS HOME 61 BEECH DR. CUMBERLAND RI

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $65.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/13/06

Signature of Server

Address of Server:
HUGHES LEGAL SUPPORT
7 EVA LANE
CRANSTON, RI 02921
(401) 944-8980

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure