UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>RAINHA CONSTRUCTION CO., INC. and JR ENTERPRISES CORP., Defendants | *July 7, 2006,*<br>*So ordered as the case*<br>*management scheduling order.*<br>*Discovery due Feb 1, 2007*<br>*Dispositive motions due Feb 15, 2007*<br>*William G. Young*<br>*District Judge*<br><br>C.A. No. 04-12322 WGY |

**AMENDED RULE 16.1 (D) JOINT STATEMENT**

The Plaintiffs, Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, and Defendant JR Enterprises Corp. respectfully submit this amended Joint Statement in accordance with this Court's Notice of Scheduling Conference dated June 15, 2006 and Local Rule 16.1 (D).

I.  **DISPUTED ISSUES**

   1. Is Defendant JR Enterprises Corp. liable to the Funds for the judgment previously entered for the Funds and against Rainha Construction Corp.?

II. **PROPOSED PRE-TRIAL SCHEDULE**

   The parties propose the following deadlines in this matter:

   Fact discovery deadline:              January 1, 2007

   Expert discovery deadline (if necessary):   February 1, 2007

|   |   |
|---|---|
| Amendments to pleadings due: | January 1, 2007 |
| Dispositive Motions/Summary Judgment filed and served by: | February 15, 2007 |

### III. OTHER ELEMENTS

A. The parties agree that a final pretrial conference shall be scheduled after all discovery is complete and a decision is rendered on summary judgment motion(s).

B. The parties do not consent to a trial by a magistrate judge.

C. A signed facsimile of the Plaintiffs' Certification is enclosed herewith, with the original signed copy of said document to be provided on or before the date of the Scheduling Conference. Further, counsel for JR Enterprises Corp. will provide a copy of his client's Certification on the day of the Scheduling Conference.

D. Plaintiffs presented a written settlement proposal to JR Enterprises Corp. and Defendant's counsel will have conferred with his client on the subject of settlement prior to the Scheduling Conference and will be prepared to respond to the proposal at the Scheduling Conference.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al.,

By their attorneys,

/s/ Anne R. Sills
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207

        Segal, Roitman & Coleman
        11 Beacon Street
        Suite #500
        Boston, MA 02108
        (617) 742-0208
        asills@segalroitman.com

        JR ENTERPRISES CORP.

        By its attorney,

        /s/ J. Richard Ratcliffe
        J. Richard Ratcliffe, Esquire
        BBO #412510
        Ratcliffe, Burke, Harten & Elias, LLP
        1600 Financial Plaza
        Providence, RI 02903
        (401) 331-3400

Dated: July 6, 2006

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served by first class mail upon defendants, Rainha Construction Co., Inc. at 10 Nate Whipple Highway, Cumberland, RI 02861 and JR Enterprises Corp. by its attorney J. Richard Ratcliffe at Ratcliffe, Burke, Harten & Elias, LLP, 1600 Financial Plaza, Providence, RI 02903 on the 6th day of July, 2006.

        /s/ Anne R. Sills
        Anne R. Sills, Esquire

GAG/gag&ts
ARS 3118 04-400/rule161-amended.doc