### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
        Plaintiffs

          vs.

RAINHA CONSTRUCTION CO., INC. and
JR ENTERPRISES CORP.,
        Defendants

C.A. No. 04-12322 WGY

### JOINT MOTION FOR ORDER CONDITIONALLY DISMISSING
### ACTION AND RETAINING JURISDICTION

Now come the Trustees of the I.U.O.E. Local 4 Trust Funds ("Funds"), I.U.O.E. Local 4

("Union") and defendants Rainha Construction Co., Inc. and JR Enterprises Corp., pursuant to

Rule 41(a)(2) of the Federal Rules of Civil Procedure, and respectfully request that this

Honorable Court enter an Order, 1) dismissing this case pursuant to a 60 day Order of Dismissal

in the form attached hereto as Exhibit A and 2) retaining jurisdiction to enforce a Settlement

Agreement entered into between the parties on July 14, 2006, in the event that said Settlement

Agreement is breached.

As grounds for this motion, the parties state as follows:

1. This settlement resolves what would otherwise have been a hotly contested and lengthy lawsuit over alter-ego status and liability. It will conserve judicial resources and limit the parties' costs.

2. The Settlement Agreement provides for all payments to be made within the 60-day dismissal period and for defendants to be liable, in the event that these payments are not timely made, for all allegedly delinquent contributions, interest, damages, fees and costs sought by the Funds and Union and reduced only by the payments that defendants make pursuant to the terms of the Settlement Agreement. If payment is not made within sixty days, Plaintiffs will move to enforce the Settlement Agreement.

3. Despite these provisions, Plaintiffs would not agree to this settlement if the Court declined to retain jurisdiction to enforce the Settlement Agreement in the event that defendants fail to comply with its terms.

4. The Court has independent federal jurisdiction pursuant to §301 of the Labor Management Relations Act, 29 U.S.C. §185, to enforce the Settlement Agreement or to hear a separate suit to enforce the agreement which, by its terms, is a labor agreement governed by the LMRA.

5. The Court may retain jurisdiction over a settlement agreement where, as here, the parties request that an Order of Dismissal enter subject to reopening to enforce the settlement agreement. Fed.R.Civ.P. 41(a)(2), ("an action shall not be dismissed at the plaintiff's instance save upon order of the court and *upon such terms and conditions as the court deems proper*") (emphasis added); Kokkonen v. Guardian Life Insurance Company of America, 511 U.S. 375, 381-82 (1994) (stating, in dicta, that Federal Rule of Civil Procedure 41(a)(2) permits a court to exercise ancillary jurisdiction to enforce a settlement agreement if the dismissal order

2

incorporates the settlement agreement or expressly states that the court retains jurisdiction over it); Lipman v. Dye, 294 F.3d 17 (1st Cir., 2002).

WHEREFORE, the parties request that the Court grant this Motion and enter an Order 1) dismissing the case pursuant to a 60 day Order of Dismissal and 2) expressly retaining jurisdiction to enforce the Settlement Agreement in the event that it is breached

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al.,

By their attorneys,

Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208
asills@segalroitman.com

RAINHA CONSTRUCTION CO., INC. and JR ENTERPRISES CORP.,

By their attorney,

Richard Ratcliffe, Esquire
BBO #412510
Ratcliffe, Burke, Harten & Elias, LLP

3

1600 Financial Plaza
Providence, RI  02903
(401) 331-3400
rratcliffe@rbhelaw.com

Dated:  July 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served by first class mail upon the defendants attorney, J. Richard Ratcliffe at Ratcliffe, Burke, Harten & Elias, LLP, 1600 Financial Plaza, Providence, RI  02903 on the 14th day of July, 2006.

Anne R. Sills, Esquire

ARS/ars&ts
3118 04-400/motion-joint-approve-settlagr2.doc

4