UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, <br> Plaintiffs <br><br> vs. <br><br> RAINHA CONSTRUCTION CO., INC. and JR ENTERPRISES CORP., <br> Defendants | C.A. No. 04-12322 WGY |

## ORDER

1. It is hereby ORDERED that this action is dismissed with prejudice, except that the action is subject to reopening for purposes of enforcing a Settlement Agreement entered into by the parties and dated July 14, 2006, if within 60 days of this Order a motion is filed which alleges that the defendants have not performed pursuant to the terms of the Settlement Agreement.

2. The Court retains jurisdiction to enforce the terms of the Settlement Agreement upon the filing of a timely motion alleging nonpayment or late payment.

3. If no motion is filed within 60 days, the case may be reopened only upon a meritorious motion pursuant to Rule 60 of the Federal Rules of Civil Procedure. See, Pratt v. Philbrook, 109 F.3d 18 (1st Cir. 1977).

2

4.  The Court acknowledges its jurisdiction to consider a complaint for breach of the Settlement Agreement, pursuant to Section 301 of the Labor Management Relations Act, 29 U.S.C. §185.

                SO ORDERED

                _____
                William G. Young
                U.S. District Court Judge

ARS/mts&ts
3118 04-400/order2.doc